# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IN RE: Estate of FREDDIE LATEE )
WILSON, Deceased. )
)
)
)

2007L013394
CALENDAR/ROOM D
TIME 00:00
PI Other

**ORDER**

This cause coming to be heard on Plaintiff's Motion to Appoint Special Administrator, due notice having been given and the Court fully advised in the premises:

IT IS HEREBY ORDERED THAT:

ANGELA JADOO is appointed as the Special Administrator of the Estate of FREDDIE LATEE WILSON, deceased, pursuant to 740 ILCS 180/1 et seq., and 755 ILCS 5/27-6 et seq., entered on this 29th Day of November, 2007.

JUDGE: _____

Prepared and submitted by:
**ROMANUCCI & BLANDIN**
33 N. LaSalle Ste. 2000
Chicago IL 60602
312/458-1000
312/458-1004 *facsimile*
Atty No.: 35815



ENTERED
JUDGE CHARLES R. WINKLER - 1804
NOV 29 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK



EXHIBIT B