Order Appointing Representative of Decedent's Estate - Intestate                    (Rev. 9/24/01) CCP 0314

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - PROBATE DIVISION

ESTATE OF

FREDDIE LATEE WILSON
Deceased

No. 2007 P 8169

Docket

Page

## ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE

On the verified petition of Angela Jadoo
for issuance of letters of office,

IT IS ORDERED that:

1. Letters of office as independent representative

   ☐ 4232 (supervised administrator)                    ☐ 4248 (independent administrator to collect)
   ☐ 4249 (supervised administrator to collect)         ☑ 4230 (independent administrator)
   ☐ 4237 (supervised administrator de bonis non)       ☐ 4236 (independent administrator de bonis non)
   ☐ 4227 (supervised co-administrators)                ☐ 4231 (independent co-administrators)

   issue to The PrivateBank and Trust Company

   ~~2. No withdrawals may be made from the account without a specific court order~~

   **NO ASSETS SHALL LEAVE THE STATE OF ILLINOIS WITHOUT PRIOR COURT ORDER**

   ~~2. The representative file an inventory within~~

   b. Attorney stated herein will accept service on behalf of the representative

2. A verified report per 5/28-11 or an accounting per 5/24-1 shall be filed
   by or the representative must appear in court on 3/2/09 at 10:00am

Atty. No.: 35875
Name: David Vander Ploeg
Firm Name: ROMANUCCI & BLANDIN
Atty. for Representative: The PrivateBank & Trust Co.
Address: 33 N. LaSalle Street, Suite 2000
City/State/Zip: Chicago, Illinois 60602
Telephone: 312-458-1000

Judge

ENTERED
JUDGE JAMES W. KENNEDY-1850
Judge's No.

DEC 28 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
DEPUTY CLERK OF COOK COUNTY, IL

*Strike if not applicable

EXHIBIT C

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL