IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| PRIVATE BANK & TRUST COMPANY, as Independent Administrator of the Estate of FREDDIE LATRICE WILSON, Deceased, <br><br>Plaintiff, <br><br>vs. <br><br>CITY OF CHICAGO, a Municipal Corporation, OFFICER JASON SANTIAGO, OFFICER TOMISLAV VIDLJINEVIC, and OFFICER GUADALUPE DeLEON, <br><br>Defendants. | No.  1:09-CV-07526 <br><br>Honorable Harry D. Leinenweber |

## ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS FEDERAL CLAIMS AND REMAND ACTION BACK TO STATE COURT

THIS MATTER COMING TO BE HEARD pursuant Plaintiff's Motion for Leave to voluntarily dismiss Plaintiff's federal claims brought pursuant to 42 U.S.C. §1983 and to remand this action back to the Circuit Court of Cook County pursuant to 28 U.S.C. § 1447(c), all parties given notice and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

(a) Plaintiff's Motion for Leave voluntarily dismiss Plaintiff's federal claims brought pursuant to 42 U.S.C. §1983; and

(b) This cause of action is remanded back to the Circuit Court of Cook County.

ENTERED:

Judge Harry D. Leinenweber

Dated: September __, 2012

Prepared by:
Antonio M. Romanucci
Rebekah L. Williams
**ROMANUCCI & BLANDIN, LLC**
33 North LaSalle Street, 20th Floor
Chicago, Illinois 60602
T: 312-458-1000
F: 312-458-1004
ARDC No.: 61902920 (Romanucci)
ARDC No.: 6307331 (Williams)